IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**WILLIAM DETTMANN,**

    **Petitioner,**

v.                                                     **Case No. 1:18cv35-MW/CAS**

**STATE OF FLORIDA,**

    **Respondent.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 3. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The case file, including any service copies and pending motions, is **TRANSFERRED** to the United States District Court of the Middle District of Florida, Ocala Division, for all further proceedings. The Clerk shall close the file.

**SO ORDERED on March 26, 2018.**

                                               s/Mark E. Walker            \_\_\_\_
                                               **United States District Judge**